THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
David Scott Phillips,       
Appellant.
 
 
 

 
Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-232
Submitted January 29, 2004  Filed March 
 31, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Deputy Director for Legal Services, Teresa A. Knox; Legal 
 Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM: David Scott 
 Phillips was convicted of second-degree burglary and grand larceny.  On the 
 burglary conviction, the circuit court sentenced Phillips to six years imprisonment 
 suspended on the service of five years probation.  On the grand larceny conviction, 
 he was sentenced to three years imprisonment suspended on the service of five 
 years probation, with both of these sentences to run concurrently.  Subsequently, 
 Phillips violated his probation and the six year suspended sentence was revoked 
 in full.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Phillips 
 counsel attached a petition to be relieved.  Phillips did not file a pro se 
 response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Phillips appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.